[No. 7165–3–I.   Division One.   February 4, 1980.]

DIANE READ, *Appellant,* v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 812946, James A. Noe, J., entered November 7,

1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and James, J.